# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand and thirteen,

Before:　　Debra Ann Livingston,
　　　　　　*Circuit Judge.*

_____

| | |
|---|---|
| In Re: Bernard L. Madoff Investment Securities LLC, Debtor. ------------------------------ Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　Plaintiffs - Appellant,<br><br>Securities Investor Protection Corporation, Statutory Intervenor pursuant to Securities Investor Protection Act, 15 U.S.C 78eee(d),<br><br>　　Intervenor-Appellant,<br><br>v.<br><br><br>Ida Fishman Revocable Trust, Paul S. Shurman, in his capacity as co-trustee of the Ida Fishman Revocable Trust, William Shurman, in his capacity as co-trustee of the of Ida Fishman Revocable Trust and as Executor of the estate of Ida Fishman,<br><br>　　Defendants-Appellees. | **ORDER**<br>Docket Nos. 12-2557 (L)<br>　　　　　　　12-2497 (Con)<br>　　　　　　　12-2500 (Con)<br>　　　　　　　12-2616 (Con)<br>　　　　　　　12-3422 (Con)<br>　　　　　　　12-3440 (Con)<br>　　　　　　　12-3582 (Con)<br>　　　　　　　12-3585 (Con) |

_____

IT IS HEREBY ORDERED that the motion by Appellants and Liaison Committee Appellees for leave to file oversized answering briefs of up to 16,800 words, and reply briefs of up to 8,400 words is GRANTED.

　　　　　　　　　　　　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　　　Catherine O'Hagan Wolfe,
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

