# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand and thirteen.

Before:     Ralph K. Winter,
                *Circuit Judge.*

_____

| | |
|---|---|
| In Re: Bernard L. Madoff Investment Securities LLC,<br>    Debtor.<br>------------------------------<br>Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff - Appellant,<br><br>Securities Investor Protection Corporation,<br>Statutory Intervenor pursuant to Securities Investor Protection Act, 15 U.S.C 78eee(d),<br><br>    Intervenor-Appellant,<br><br>v.<br><br><br>Ida Fishman Revocable Trust,<br>Paul S. Shurman, in his capacity as co-trustee of the Ida Fishman Revocable Trust,<br>William Shurman, in his capacity as co-trustee of the of Ida Fishman Revocable Trust and as Executor of the estate of Ida Fishman,<br><br>    Defendants-Appellees. | **ORDER**<br>Docket No.12-2557 (L)<br>      12-2497 (Con)<br>      12-2500 (Con)<br>      12-2616 (Con)<br>      12-3422 (Con)<br>      12-3440 (Con)<br>      12-3582 (Con)<br>      12-3585 (Con) |

_____

The parties jointly move for an extension of time to file the opposition and reply briefs to October 11, 2013 and November 22, 2013, respectively.

IT IS HEREBY ORDERED that the motion is granted.

                For the Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court

