# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand and thirteen.

Before:      Jon O. Newman,
                    *Circuit Judge*.
_____

In Re: Bernard L. Madoff Investment Securities LLC,
     Debtor.
-----------------------------------------------------------------------------
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

  Plaintiff-Appellant,

Securities Investor Protection Corporation, Statutory Intervenor pursuant to Securities Investor Protection Act, 15 U.S.C. §78eee(d),

  Intervenor-Appellant,

        v.

Ida Fishman Revocable Trust, Paul S. Shurman, in his capacity as co-trustee of the Ida Fishman Revocable Trust,
William Shurman, in his capacity as co-trustee of Ida Fishman Revocable Trust and as Executor of the estate of Ida Fishman,

  Defendants-Appellees.
_____

**ORDER**
Docket Nos. 12-2557(L)
            12-2497(con)
            12-2500(con)
            12-2616(con)
            12-3422(con)
            12-3440(con)
            12-3582(con)
            12-3585(con)

Defendants-Appellees' Liaison Committee (the "Committee") has moved pursuant to FRAP 2 for approval of procedures to facilitate defendants-appellees' compliance with the corporate disclosure requirements prescribed in FRAP 26.1.

Counsel for all parties to the appeals consolidated by the Court's December 20, 2012 Consolidation Order have been served with the motion papers and to date no opposition to the motion has been filed.

IT IS HEREBY ORDERED that the motion is granted and the following procedures are approved to facilitate compliance with FRAP 26.1:

1. Using the list of Appellees attached as Exhibit B to the Court's December 20, 2012 Consolidation Order, the Committee will distribute, no later than September 24, 2013, by email to each counsel of record for represented Appellees and by regular mail to each *pro se* Appellee a copy of this Order, the instructions for the disclosure form attached to this Order as Addendum A, and the disclosure form attached to this Order as Addendum B.
2. The instructions must identify member(s) of the Committee, including contact information, to whom the completed disclosure form must be submitted.
3. Each Appellee must submit the disclosure form by email or regular mail to a designated member of the Committee no later than October 11, 2013. A disclosure form submitted by email must be in the PDF/A format required by federal courts.
4. The Committee will compile all submitted disclosure forms in a compendium (the "Compendium")containing the following materials: (i) a cover page, substantially in the form attached as Addendum C; (ii) a copy of the order approving this motion; (iii) an alphabetical list of all entities disclosed by Appellees on the submitted disclosure forms; (iv) a copy of the instructions for the disclosure form provided to Appellees; (v) copies of all submitted disclosure forms; and (vi) a list of any Actions for which completed

disclosure forms were not submitted.  The Compendium must be filed no later than October 28, 2013.

          For the Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court



**ADDENDUM A**

**NOTICE AND INSTRUCTIONS TO APPELLEES FOR SUBMITTING THE FRAP 26.1 CORPORATE DISCLOSURE FORM**

*TO COUNSEL FOR APPELLEES AND TO ALL PRO SE APPELLEES IN THE ACTIONS COVERED BY THIS APPEAL*

*All Appellees in the actions covered by this appeal, listed on Exhibit B to the Court's Consolidation Order entered December 20, 2012 (ECF No. 99-1), are required to comply with Rule 26.1 of the Federal Rules of Appellate Procedure which requires that certain disclosures of corporate affiliations must be made to the Court of Appeals at the time an appellee's brief is filed. To facilitate the submission of the required disclosures, the Court entered an order on September 17, 2013 (the "FRAP 26.1 Order"), which modifies the process for complying with Rule 26.1 in this appeal by approving a disclosure form for the submission of corporate affiliation information, a procedure for submitting the disclosure forms and the filing of a Compendium of all the disclosure forms Appellees submit. A copy of the FRAP 26.1 Order is attached for your reference.*

*Attached to this Notice is the disclosure form which each Appellee must submit **no later than October 11 , 2013**. The form must be submitted by email in PDF/A format or regular mail to the following member(s) of the Defendants-Appellants' Liaison Committee, which was established by the Consolidation Order,:*
   *[include name(s), office address(es)*

   *and email address(es)].*

No disclosure form should be filed separately with the Court.

*Pursuant to the FRAP 26.1 Order, the Compendium of all submitted disclosure forms will be filed with the Court no later than October 28, 2013.*

*Please note that the Committee will provide the Court with the names of Appellees and counsel of record in any Action for which Disclosure Forms are not timely submitted as required by the FRAP 26.1 Order.*

*Questions regarding this notice and instructions may be directed to _____ [include name(s), office address(es) and email address(es)].*

## ADDENDUM B

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

### FRAP 26.1 CORPORATE DISCLOSURE FORM

**In Re: Bernard L. Madoff Investment Securities LLC, Docket No. 12-2557(L)**

**Action for which Disclosure is Made:** Picard v. _____

U.S. District Court Case No. \_\_\_\_-cv-\_\_\_\_ (JSR)

☐ Each of the following Defendant(s)-Appellee(s) is a nongovernmental corporate party for which the parent corporation and any publicly-held corporation that owns 10% or more of its stock are listed below:

| **DEFENDANT-APPELLEE** | **CORPORATE PARENT AND PUBLICLY-LISTED 10% CORPORATE HOLDERS** |
|---|---|
| | |
| | |
| | |
| | |

☐ No disclosure pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedures is required to be made by any of the Defendant(s)-Appellee(s) in the above-referenced case.

Date: _____

By: _____

Name, address and telephone number of counsel of record for the Defendant(s)-Appellee(s), listed above:

_____

**ADDENDUM C**

FRAP 26.1 COMPENDIUM COVER PAGE

# 12-2557(L)

12-2497-bk(CON), 12-2500-bk(CON), 12-2557-bk(CON), 12-2616-bk(CON),
12-3422-bk(CON), 12-3440-bk(CON), 12-3582-bk(CON), 12-3585-bk(CON)

IN THE

# United States Court of Appeals
### FOR THE SECOND CIRCUIT

In Re: Bernard L. Madoff Investment Securities LLC,

*Debtor.*

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

*Plaintiff-Appellant,*

SECURITIES INVESTOR PROTECTION CORPORATION,
Statutory Intervenor pursuant to the Securities Investor Protection Act,
15 U.S.C. § 78eee(d),

*Intervenor-Appellant,*

v.

IDA FISHMAN REVOCABLE TRUST, PAUL S. SHURMAN, in his capacity as co-trustee of the Ida Fishman Revocable Trust, WILLIAM SHURMAN, in his capacity as co-trustee of the Ida Fishman Revocable Trust and as Executor of the Estate of Ida Fishman,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**COMPENDIUM OF DEFENDANTS-APPELLEES'
CORPORATE DISCLOSURE STATEMENTS
PURSUANT TO FED. R. APP. P. 26.1,
RECEIVED AS OF _____, 2013**

*Submitted by Defendants-Appellees' Liaison Committee pursuant to Order dated _____, 2013*